UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kevin Johnson,

    Plaintiff,

    v.

Annette Chambers-Smith, *et. al.*,

    Defendants.

Case No. 2:21–cv–4635

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On March 4, 2022, Magistrate Judge Deavers issued a Report and Recommendation ("R&R"), ECF No. 5, recommending that the Court dismiss Plaintiff's action. In the R&R, Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 30, ECF No. 5. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a forfeiture of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 30–31.

The time for objecting has passed, and no party has objected. Accordingly, the R&R is **ADOPTED**. Plaintiff's action is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT